**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BERNI PEREZ RAMIREZ** | **CIVIL ACTION NO. 26-0660** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN ACUNA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Berni Perez Ramirez's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

LAFAYETTE, LOUISIANA, this 8th day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE